Fill in this information to identify the case:

Debtor name: **Carpenter Homes, LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): 8:25-bk-09757

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Classic Floors, Ferrazzano**  PO Box 1630  Melbourne, FL 32902 | 321-499-3951 | | | | | $674,624.90 |
| **Strada Electric**  3400 St Johns Pkwy  Sanford, FL 32771 | 877-906-1113 | Judgement | | | | $290,000.00 |
| **TCI Contracting, LLC**  495 South High Street  Suite 50  Columbus, OH 43215 | | | | | | $124,628.13 |
| **84 Lumber Company**  PO Box 365  Eighty Four, PA 15330 | 724-228-8820 | | | | | $83,291.96 |
| **Smyrna Ready Mix Concrete**  1000 Hollingshead Circle  Murfreesboro, TN 37129 | | | | | | $79,158.21 |
| **D&D Garage Doors of Sarasota**  1177 Cattlemen Rd  Sarasota, FL 34232 | | | | | | $74,603.00 |
| **Whirlpool Corporation**  PO Box 88129  Chicago, IL 60695 | 800-952-2537 | | | | | $73,843.98 |
| **Publix**  3300 Publix Corporate Pkwy  Lakeland, FL 33811 | 863-688-1188 | | | | | $70,000.00 |

| Debtor | **Carpenter Homes, LLC** | Case number *(if known)* | 8:25-bk-09757 |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bradford Plastering Inc.**<br>**8120 Boonesboro Rd**<br>**North Fort Myers, FL 33917** | **239-728-4243** | | | | | **$64,862.00** |
| **Paradise Landscaping**<br>**PO Box 354295**<br>**Palm Coast, FL 32135** | | | | | | **$61,717.00** |
| **Real Sub, LLC**<br>**3300 Publix Corp. Pkwy**<br>**Lakeland, FL 33811** | | | | | | **$56,629.12** |
| **The Davis Law Firm**<br>**4903 S Westshore Blvd**<br>**Tampa, FL 33611** | **813-944-3178** | | | | | **$53,694.97** |
| **G.D.I. Nursery & Landscaping**<br>**205 Homestead Rd South**<br>**Lehigh Acres, FL 33936** | | | | | | **$50,585.00** |
| **Robert Half**<br>**12400 Collections Center Dr**<br>**Chicago, IL 60693** | | Judgement | | | | **$50,291.45** |
| **Fisher Rushmer, P.A.**<br>**PO Box 3753**<br>**Orlando, FL 32801** | **407-843-2111** | | | | | **$42,610.49** |
| **Del-Air Heating Air Conditioning**<br>**531 Codisco Way**<br>**Sanford, FL 32771** | **407-333-2665** | | | | | **$41,921.50** |
| **Englewood Environmental**<br>**2901 Avenue of the Americas**<br>**Englewood, FL 34224** | **941-475-3011** | | | | | **$32,050.00** |
| **Russell A. Wade III, P.A.**<br>**PO Box 172 620 East Main St**<br>**Lake Butler, FL 32054** | **386-496-9656** | | | | | **$29,750.00** |

Debtor  **Carpenter Homes, LLC**                              Case number *(if known)*   8:25-bk-09757
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **FL Paints and Coatings** **7269 Bee Ridge Rd** **Sarasota, FL 34241** | **813-933-1728** | | | | | **$29,493.22** |
| **United Site Services** **PO Box 660475** **Dallas, TX 72566** | **800-864-5387** | | | | | **$26,009.60** |

**Fill in this information to identify the case:**

Debtor name     Carpenter Homes, LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)  8:25-bk-09757

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    December 29, 2025      X  /s/ signature
                                         Signature of individual signing on behalf of debtor

**Ronald Carpenter Jr.**
Printed name

**Managing Member**
Position or relationship to debtor